"O"  JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-812 AG (MLGx) | Date | September 3, 2008 |
|---|---|---|---|
| Title | ALLIED PROFESSIONALS INSURANCE CO. v. KONG | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                        Not Present

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

The Court issued Plaintiff Allied Professionals Insurance Co. ("Plaintiff") an Order to Show Cause in writing, by August 18, 2008, why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded. The Court DISMISSES the action.

                                                                    :     0

                                              Initials of Preparer